IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-316 |
| | § | |
| EDWIN VENTURA OCHOA | § | |

**O R D E R**

Counsel for the defendant has filed a motion to withdraw and a motion to request appointment of new counsel for appeal purposes. (Docket Entry No. 29). The defendant filed a notice of appeal and a request for appointment of counsel. (Docket Entry No. 28). The motions are GRANTED. The magistrate judge will appoint new counsel for the defendant for appeal purposes.

SIGNED on October 24, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge